CARL E. ROSTAD
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, Montana  59403-3447
Direct Line: (406) 771-2001
Phone:     (406) 761-7715
FAX:       (406) 453-9973
E-Mail:    Carl.Rostad@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JAN 2 3 2015
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 15- 4 -GF-BMM |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | BRIBERY OF AN OFFICIAL OF AN INDIAN TRIBAL GOVERNMENT RECEIVING FEDERAL FUNDING |
| TIMOTHY WARREN ROSETTE, | Title 18 U.S.C. §§ 666(a)(1)(B) (Count I) (Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |
| Defendant. | |
| | THEFT FROM AN INDIAN TRIBAL ORGANIZATION (Count II) Title 18 U.S.C. §§ 1163 (Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

INTRODUCTION

At all times relevant to this Indictment:

1

1. The Chippewa Cree Tribe of the Rocky Boy's Indian Reservation was a federally recognized tribe located in north central Montana whose affairs were governed by the Chippewa Cree Business Committee and whose government was located at Box Elder, Montana.

2. On June 15, 2010, flooding destroyed the Na-Toos Health Clinic, also known as the Rocky Boy's Health Clinic, a medical facility serving the Chippewa Cree tribal community.

3. Between September 2010 and December 2012, the Chippewa Cree Tribe of Rocky Boy's Indian Reservation received approximately $11.6 million in federal funding from the Department of Homeland Security through the Federal Emergency Management Agency (FEMA) to assist in the recovery from significant flood damage caused to the tribal community in the summer of 2010.

4. TIMOTHY WARREN ROSETTE was a member of the Board of Directors for the Chippewa Cree Construction Corporation with influence over the awarding of contracts related to reconstruction, salvage, and recovery from the effects of the 2010 floods.

5. Shad James Huston was a Havre, Montana, businessman who controlled, either exclusively or jointly, the business affairs and financial accounts of K & N Consulting, LLC, TMP Services, LLC, Huston Leasing, LLP, Leon's

Finance, Inc., Leon's Pawn and Rental, Inc, Wild Horse Ridge Enterprises, LLP, K Bar K Trucking, LLP, and the business known as Leon's Buy and Sell.

6. TMP Services, LLC, was a Havre, Montana, storage company doing business with the Chippewa Cree Construction Corporation for the storage of tribal property after the floods of the summer of 2010.

## COUNT I

That between on or about November 25, 2010, and continuing thereafter until on or about December 31, 2011, at Havre and Box Elder, in the State and District of Montana, and other places, the defendant, TIMOTHY WARREN ROSETTE, then an official and agent of an Indian tribal government, that is, a member of the Board of Directors for the Chippewa Cree Construction Corporation, did corruptly accept and agree to accept a thing of value from Shad James Huston and TMP Services, LLC, with the intent to be influenced and rewarded in connection with a transaction and series of transactions of the Chippewa Cree Construction Corporation, of a value of $5,000 or more, that is, the defendant, TIMOTHY WARREN ROSETTE, in exchange for his support, direction, and assistance, and having supported, directed, and assisted the award of tribal contract payments to TMP Services, LLC, by the Chippewa Cree Construction Corporation, accepted more than $5,000 in payments, property, or other benefits from Shad James Huston and TMP Services, LLC., either directly or through nominees, in violation of 18 U.S.C. §§ 666(a)(1)(B).

## COUNT II

That between on or about July 20, 2012, and continuing thereafter until on or about August 8, 2012, at Havre and Box Elder, in the State and District of Montana, and other places, the defendant, TIMOTHY WARREN ROSETTE, did embezzle, knowingly convert to his use and the use of another, willfully misapply and willfully permit to be misapplied, more than $1,000 worth of the goods, assets, and property of the Chippewa Cree Tribe of the Rocky Boy's Indian Reservation, an Indian tribal organization, and under the care, custody, and control of any employee and agent of the Chippewa Cree Tribe, that is, the defendant, TIMOTHY WARREN ROSETTE, as a member of the Board of Directors of the Chippewa Cree Construction Corporation with check signing authority, in an agreement with Shad James Huston, Tony James Belcourt, and Bruce Harold Sunchild, provided tribal funds for an inflated and otherwise fabricated invoice, then and there well knowing that no goods or services had been provided, in violation of 18 U.S.C. § 1163.

//

//

//

//

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

2-3-15 @ 10:00 AM.
with JTJ in G.F.

Crim. Summons ✓ _____

Warrant: _____

Bail: _____

5